HORACE SHACKLEFORD et al., Appellants, v GEORGE MILLS et al., Respondents. (Action No. 1.) HORACE SHACKLEFORD et al., Appellants, v CHARLES BROOKS, Respondent. (Action No. 2.) HORACE SHACKLEFORD et al., Appellants, v TIMOTHY B. DEBIAK et al., Respondents. (Action No. 3.)

Special Term properly exercised its discretion in denying plaintiffs' motion for a joint trial. Involved are separate, unrelated accidents and separate trials will enable the juries to focus on the factual issues presented as to each accident (CPLR 602; *Abbatepaolo v Blumberg,* 7 AD2d 847; *Pride v Perras,* 6 AD2d 842; *cf. Doll v Castiglione,* 86 AD2d 711). Mollen, P. J., Titone, Lazer and Rubin, JJ., concur.